1 | Matthew P. Guichard, State Bar No. 107450
William L. Portello, State Bar No. 166845
2 | Christopher K. Teng, State Bar No. 176431
GUICHARD, TENG & PORTELLO, A.P.C.
3 | One Walnut Creek Center, North Tower
100 Pringle Avenue, Suite 560
4 | Walnut Creek, California 94596
Telephone No.: 925.934.9690
5 | Fax No.: 925.938.4976

6 | Attorneys for Defendants
EMIL VILLA'S CALIFORNIA BBQ, MIN SOO CHANG and
7 | CHIN HUI CHANG dba EMIL VILLA'S CALIFORNIA BBQ

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11

12 | STEVE WHITE                          Case No. C05-02753 MMC

13 |     Plaintiff,

14 | v.

15 | EMIL VILLA'S CALIFORNIA BBQ; MIN
SOO CHANG and CHIN HUI CHANG dba
16 | EMIL VILLA'S CALIFORNIA BBQ; HAHN
GLOBAL INTERNATIONAL; BRICKELL
17 | ENTERPRISES, INC., and DOES 1-25,
inclusive,
18

19 |     Defendants.

20
**STIPULATION FOR AN EXTENSION TO FILE ANSWER TO COMPLAINT**
21

22 | TO THE HONORABLE MAXINE M. CHESNEY, UNITED STATES DISTRICT JUDGE:

23 |     This stipulation, by and between EMIL VILLA'S CALIFORNIA BBQ, MIN SOO

24 | CHANG and CHIN HUI CHANG dba EMIL VILLA'S CALIFORNIA BBQ ("Defendants") by

25 | and through their counsel, William L. Portello of Guichard, Teng & Portello, and Plaintiff STEVE

26 | WHITE, through his counsel, Julie McLean of the Law Offices of Paul L. Rein, is made with

27 | reference to the following facts:

28 |     WHEREAS, Plaintiff filed a Complaint in the Northern District of the U.S. District Court

1   on July 6, 2005; and

2       WHEREAS, the Complaint was served on Defendants on August 4, 2005; and

3       WHEREAS, Defendants require additional time to file an Answer or other responsive

4   pleading to the Complaint; and

5       WHEREAS, Plaintiff, through his attorney, agrees to grant an additional fourteen (14) days

6   to Defendants to file an Answer or other responsive pleading to the Complaint;

7       WHEREAS, in accordance with Civil L.R. 6-1(a), the extension will not alter the date of

8   any event or any deadline already fixed by Court order; and

9       IT IS THEREFORE AGREED that Defendants will have up to and including September 7,

10  2005, to file an Answer or other responsive pleading to the Complaint.

11  DATED: August 23 2005              LAW OFFICES OF PAUL L. REIN

12
                                       By: _Julie McLean_
13                                          Paul L. Rein
14                                          Patricia Barbosa
                                            Julie McLean
15                                          Attorneys for STEVE WHITE, Plaintiff

16                                          - and –

17  DATED: August 23 2005              GUICHARD, TENG & PORTELLO, A.P.C.

18
                                       By: _Christopher K. Teng_
19
20                                          Matthew P. Guichard
                                            William L. Portello
21                                          Christopher K. Teng
                                            Attorneys for Defendants
22                                          EMIL VILLA'S CALIFORNIA BBQ, MIN SOO
                                            CHANG and CHIN HUI CHANG dba EMIL
23                                          VILLA'S CALIFORNIA BBQ

24
25
26  Dated: August 25, 2005             IT IS SO ORDERED

27                                      Judge Maxine M. Chesney

28

2