IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WHITE,<br><br>   Plaintiff,<br><br> v.<br><br>EMIL VILLA'S CALIFORNIA BBQ, et al.,<br><br>   Defendants.<br>_____/ | No. C-05-2753 MMC<br><br>**ORDER STRIKING DEFENDANT BRICKELL ENTERPRISES, INC.'S ANSWER AND COUNTERCLAIM** |

   On August 12, 2005, defendant Brickell Enterprises, Inc. ("Brickell") electronically filed an answer and a separately-filed counterclaim.  Brickell violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

   In an order filed August 19, 2005, the Court ordered Brickell to immediately submit a chambers copy of its answer and counterclaim, and warned Brickell that if it failed in the future to comply with the Court's order to submit chambers copies of electronically-filed documents, the Court would consider imposing sanctions, including, but not limited to,

1 striking from the record any electronically-filed document of which a chambers copy had not
2 been timely provided to the Court.
3   Brickell again has violated the Court's order by failing to lodge a chambers copy of
4 its answer and counterclaim.  The Court expects the parties to comply with the Court's
5 orders without being repeatedly reminded to do so.  Accordingly, the Court hereby
6 STRIKES Brickell's answer and counterclaim from the record, without prejudice to its
7 refiling the documents in full compliance with General Order 45.  Any refiling must be
8 accompanied by a declaration explaining the reasons for Brickell's failure to date to abide
9 by the Court's orders.
10  **IT IS SO ORDERED.**
11 Dated: August 30, 2005                                         MAXINE M. CHESNEY
                                                                 United States District Judge