IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WHITE,<br><br>    Plaintiff,<br><br>  v.<br><br>EMIL VILLA'S CALIFORNIA BBQ, et al.,<br><br>    Defendants.<br>_____/ | No. C-05-2753 MMC<br><br>**ORDER DIRECTING EMIL VILLA'S CALIFORNIA BBQ, MIN SOO CHANG, AND CHIN HUI CHANG TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

      On September 7, 2005, defendants Emil Villa's California BBQ, Min Soo Chang, and Chin Hui Chang dba Emil Villa's California BBQ electronically filed an answer. On September 13, 2005, said defendants electronically filed an amended answer. Said defendants have violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

      Accordingly, Emil Villa's California BBQ, Min Soo Chang, and Chin Hui Chang dba Emil Villa's California BBQ are hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting chambers copies of the above-

1 | referenced documents.  The parties are hereby advised that if either party fails in the future
2 | to comply with the Court's order to provide chambers copies of electronically-filed
3 | documents, the Court may impose sanctions on the noncomplying party, including, but not
4 | limited to, striking from the record any electronically-filed document of which a chambers
5 | copy has not been timely provided to the Court.

6 | **IT IS SO ORDERED.**

7 | Dated: September 19, 2005

_____
MAXINE M. CHESNEY
United States District Judge