1  Kim R. Mayor (SBN 139667)
   MAYOR LAW OFFICES
2  744 Montgomery Street, 5th Floor
   San Francisco, CA 94111
3  Telephone Number: (415)986-1036

4  Attorneys for Defendant
   Hahn Global International
5

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8

9
   STEVE WHITE,                              )  Case No. C05-02753 MMC
10                                           )
                                             )  **STIPULATION AND ORDER TO EXTEND**
11        Plaintiff,                         )  **DEFENDANT, HAHN GLOBAL**
                                             )  **INTERNATIONAL'S TIME**
12  v.                                       )  **TO FILE AN ANSWER**
                                             )
13                                           )
   EMIL VILLA'S CALIFORNIA BBQ; MIN SOO      )
14  CHANG and CHIN HUI CHANG dba EMIL        )
   VILLA'S CALIFORNIA BBQ; HAHN GLOBAL       )
15  INTERNATIONAL; BRICKNELL ENTERPRISES     )
   INC. and DOES 1-25, inclusive,            )
16                                           )
        Defendants.                          )
17  _____)

18       Plaintiff and Defendant, Hahn Global International, through their counsel, stipulate to

19  extend Defendant, Hahn Global International's time to file an answer to the

20  Complaint through September 20, 2005, in accordance with N.D. Cal. Local Rule 7-8(b).

21  Dated: September __, 2005           Law Offices of Paul L. Rein

22
                                        /s/_____
23                                      Julie McLean, Esq.
                                        Attorneys for Plaintiff
24

25

26

27                                      1

28  **STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER**

| | | |
|---|---|---|
| 1 | Dated: September 15, 2005 | MAYOR LAW OFFICES |
| 2 | | |
| 3 | | /s/_____<br>Kim R. Mayor |
| 4 | | Attorneys for Defendant<br>Hahn Global International |

IT IS SO ORDERED.

Dated: September 20, 2005

_____
MAXINE M. CHESNEY
DISTRICT COURT JUDGE

2

**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER**