IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVE WHITE,

    Plaintiff,

    v.

EMIL VILLA'S CALIFORNIA BBQ, et al.,

    Defendants.

                                    /

No. C-05-2753 MMC

**ORDER STRIKING ANSWER AND AMENDED ANSWER OF DEFENDANTS EMIL VILLA'S CALIFORNIA BBQ, MIN SOO CHANG, AND CHIN HUI CHANG**

       On September 7, 2005, defendants Emil Villa's California BBQ, Min Soo Chang, and Chin Hui Chang dba Emil Villa's California BBQ electronically filed an answer, and on September 13, 2005, they electronically filed an amended answer.  Said defendants violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

       In an order filed September 19, 2005, the Court ordered said defendants to immediately submit chambers copies of their answer and amended answer, and warned them that if they failed in the future to comply with the Court's order to submit chambers

copies of electronically-filed documents, the Court would consider imposing sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy had not been timely provided to the Court.

Said defendants again have violated the Court's order by failing to lodge chambers copies of their answer and amended answer. The Court expects the parties to comply with the Court's orders without being repeatedly reminded to do so. Accordingly, the Court hereby STRIKES the answer and amended answer filed by defendants Emil Villa's California BBQ, Min Soo Chang, and Chin Hui Chang dba Emil Villa's California BBQ, without prejudice to their refiling the documents in full compliance with General Order 45. Any refiling must be accompanied by a declaration explaining the reasons for their failure to date to abide by the Court's orders.

**IT IS SO ORDERED.**

Dated: September 26, 2005

MAXINE M. CHESNEY
United States District Judge