**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVE WHITE,

     Plaintiff,

  v.

EMIL VILLA'S CALIFORNIA BBQ, et al.,

     Defendants.

_____/

No. C-05-2753 MMC

**ORDER VACATING SEPTEMBER 26, 2005 ORDER STRIKING ANSWER AND AMENDED ANSWER OF DEFENDANTS EMIL VILLA'S CALIFORNIA BBQ, MIN SOO CHANG, AND CHIN HUI CHANG**

On September 26, 2005, the Court struck the answer and amended answer filed by defendants Emil Villa's California BBQ, Min Soo Chang, and Chin Hui Chang dba Emil Villa's California BBQ due to said defendants' repeated failure, in violation of General Order 45 and the Court's standing orders, to provide the Court with chambers copies of their electronically-filed documents.  Shortly after the Court posted that order, a chambers copy of said defendants' amended answer arrived in the mail.

Accordingly, the Court hereby VACATES its September 26, 2005 order striking said defendants' answer and amended answer.

**IT IS SO ORDERED.**

Dated: September 26, 2005

MAXINE M. CHESNEY
United States District Judge