1  Kim R. Mayor (SBN 139667)
   MAYOR LAW OFFICES
2  744 Montgomery Street, 5th Floor
   San Francisco, CA 94111
3  Telephone Number: (415)986-1036

4  Attorneys for Defendant
   Hahn Global International
5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9
   STEVE WHITE,                              )  Case No. C05-02753 MMC
10                                           )
                                             )  **STIPULATION CONSENTING**
11            Plaintiff,                     )  **TO DEFENDANT, HAHN GLOBAL**
                                             )  **INTERNATIONAL'S FILING OF**
12 v.                                        )  **A FIRST AMENDED ANSWER**
                                             )
13                                           )
   EMIL VILLA'S CALIFORNIA BBQ; MIN SOO      )
14 CHANG and CHIN HUI CHANG dba EMIL         )
   VILLA'S CALIFORNIA BBQ; HAHN GLOBAL       )
15 INTERNATIONAL; BRICKNELL ENTERPRISES      )
   INC. and DOES 1-25, inclusive,            )
16                                           )
              Defendants.                    )
17 _____     )

18        Plaintiff and Defendant, Hahn Global International, through their counsel, stipulate to

19 allow Defendant, Hahn Global International to file a First Amended Answer on or before October 7,

20 2005.

21 Dated: September __, 2005          Law Offices of Paul L. Rein

22
                                      /s/_____
23                                    Julie McLean, Esq.
                                      Attorneys for Plaintiff
24

25

26

27                                            1

28 **STIPULATION TO FILE FIRST AMENDED ANSWER TO COMPLAINT**

| | | |
|---|---|---|
| 1 | Dated: September 26, 2005 | MAYOR LAW OFFICES |
| 2 | | |
| 3 | | /s/_____<br>Kim R. Mayor<br>Attorneys for Defendant<br>Hahn Global International |

Dated: October 3, 2005

*IT IS SO ORDERED*
*Judge Maxine M. Chesney*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION TO FILE FIRST AMENDED ANSWER TO COMPLAINT**