1 | MATTHEW P. GUICHARD, SBN 107450
WILLIAM L. PORTELLO, SBN 166845
2 | CHRISTOPHER K. TENG, SBN 176431
**GUICHARD, TENG & PORTELLO, A.P.C.**
3 | Sutter Square
1800 Sutter Street, Suite 730
4 | Concord, CA 94520
Telephone:    (925) 459-8440
5 | Facsimile:    (925) 459-8445
Email: cteng@gtlaw.net
6 |
Attorneys for Defendants
7 | EMIL VILLA'S CALIFORNIA BBQ, MIN SOO CHANG and
CHIN HUI CHANG dba EMIL VILLA'S CALIFORNIA BBQ
8 |

9 |                     UNITED STATES DISTRICT COURT

10 |                   NORTHERN DISTRICT OF CALIFORNIA

11 |                       SAN FRANCISCO DIVISION

12 |

13 |

14 |

15 | STEVE WHITE,                              )    Case No. C05-02753MMC
                                             )
16 |        Plaintiff,                        )    SUBSTITUTION OF ATTORNEYS
                                             )    FOR BRICKELL ENTERPRISES, INC.
17 | vs.                                      )    AND ORDER THEREON
                                             )
18 | EMIL VILLA'S CALIFORNIA BBQ, MIN SOO     )
     CHANG and CHIN HUI CHANG dba EMIL       )
19 | VILLA'S CALIFORNIA BBQ; HAHN            )
     GLOBAL INTERNATIONAL; BRICKELL          )    _____
20 | ENTERPRISES, INC., and DOES 1-25,        )
     inclusive,                               )    *Complaint filed: July 6, 2005*
21 |                                          )
           Defendants.                        )
22 | _____ )

23 |        TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

24 |        NOTICE IS GIVEN that BRICKELL ENTERPRISES, INC., hereby substitutes

25 | GUICHARD, TENG & PORTELLO as counsel of record in place of Kevin D. Lally, Greenan,

26 | Peffer, Sallander & Lally, LLP, in the above-entitled action.

27 | ///

28 | ///

1

Substitution of Attorney for Brickell Enterprises, Inc.                Case No. C05-02753MMC

1        Please update the certificate of service in the above-referenced matter to reflect these

2 changes.

3

4         I consent to this substitution.

5 Dated: October _10_ 2005

6

7                     By: _____
                               Alice M. Peiler

8                                Greenan, Peffer, Sallander & Lally, LLP
                               Attorneys for BRICKELL ENTERPRISES, INC

9

10         I consent to this substitution.

11 Dated: October _10_, 2005

12

13                                _____
                               Name: _Barbara Brickell_

14                                Title: _President_
                               FOR BRICKELL ENTERPRISES, INC.

15

16

17         I accept this substitution.

18 Dated: October _11_, 2005                 GUICHARD, TENG & PORTELLO

19

20                     By: _____
                               MATTHEW P. GUICHARD

21                                WILLIAM L. PORTELLO
                               CHRISTOPHER K. TENG

22                                Attorneys for EMIL VILLA'S CALIFORNIA BBQ,
                               MIN SOO CHANG and CHIN HUI CHANG

23                                dba EMIL VILLA'S CALIFORNIA BBQ

24

25 Dated: October 12, 2005

26                              IT IS SO ORDERED
                             Judge Maxine M. Chesney

27

28

Sidebar: GUICHARD, TENG & PORTELLO A.P.C. / Sutter Square / 1600 Sutter Street, Suite 730 / Concord, California 94520 / Telephone: (925) 459-8440 / Facsimile: (925) 459-8445

2

Brickell Substitution of Attorney                  Case No. C05-02753MMC