MATTHEW P. GUICHARD, SBN 107450
WILLIAM L. PORTELLO, SBN 166845
CHRISTOPHER K. TENG, SBN 176431
**GUICHARD, TENG & PORTELLO, A.P.C.**
Sutter Square
1800 Sutter Street, Suite 730
Concord, California 94520
Telephone:   (925) 459-8440
Facsimile:   (925) 459-8445
Email: cteng@gtlaw.net

Attorneys for Defendants
EMIL VILLA'S CALIFORNIA BBQ, MIN SOO CHANG and
CHIN HUI CHANG dba EMIL VILLA'S CALIFORNIA BBQ
and Defendant/Counter-Claimant BRICKELL ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WHITE,<br><br>    Plaintiff,<br><br>vs.<br><br>EMIL VILLA'S CALIFORNIA BBQ, MIN SOO CHANG and CHIN HUI CHANG dba EMIL VILLA'S CALIFORNIA BBQ; HAHN GLOBAL INTERNATIONAL; BRICKELL ENTERPRISES, INC., and DOES 1-25, inclusive,<br><br>    Defendants. | Case No. C05-02753MMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** ; ORDER THEREON<br><br>_____<br><br>*Complaint filed: July 6, 2005* |

///
///
///
///
///
///

1

COUNTER-CLAIMANT BRICKELL ENTERPRISES, INC.'S NOTICE OF VOLUNTARY DISMISSAL
Case No. C05-02753MMC

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(c), Counter-
2  Claimant BRICKELL ENTERPRISES, INC. voluntarily dismisses, without prejudice, it's counter claim
3  against Counter-Defendants, MIN SOO CHANG and CHIN HUI CHANG dba EMIL VILLA'S
4  CALIFORNIA BBQ only.

5  Dated: October 14, 2005            GUICHARD, TENG & PORTELLO

                                      By:   /s/
                                      MATTHEW P. GUICHARD
                                      WILLIAM L. PORTELLO
                                      CHRISTOPHER K. TENG
                                      Attorneys for Defendants EMIL VILLA'S CALIFORNIA
                                      BBQ, MIN SOO CHANG and CHIN HUI CHANG dba
                                      EMIL VILLA'S CALIFORNIA BBQ and
                                      Defendant/Counter-Claimant BRICKELL
                                      ENTERPRISES, INC.

Dated: October 14, 2005



IT IS SO ORDERED
Judge Maxine M. Chesney

GUICHARD, TENG & PORTELLO A.P.C.
SUTTER SQUARE
1800 Sutter Street, Suite 730
Concord, California 94520
Telephone: (925) 459-8440
Facsimile: (925) 459-8445

2

COUNTER-CLAIMANT BRICKELL ENTERPRISES, INC.'S NOTICE OF VOLUNTARY DISMISSAL
Case No. C05-02753MMC