United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVE WHITE,

    Plaintiff,

v.

EMIL VILLA'S CALIFORNIA BBQ, et al.,

    Defendants.

_____/

No. C-05-2753 MMC

**ORDER DENYING REQUEST TO ENTER CONSENT DECREE IN ITS CURRENT FORM**

On March 23, 2006, plaintiff electronically filed a letter notifying the Court that the instant action had settled as to "all issues," and submitted a proposed Consent Decree for the Court's signature. The Consent Decree, however, contains inconsistent language as to the terms of the settlement. In particular, the parties state, in paragraph four, that the Consent Decree "resolve[s] all claims regarding injunctive relief and damages raised in the Complaint," but state, in paragraph seven, that they "have not reached an agreement regarding plaintiff's claims for damages, attorney fees, litigation expenses and costs." (See Proposed Consent Decree ¶¶ 4, 7.) Other paragraphs of the proposed Consent Decree likewise state that the claims for damages, fees, and costs remain to be resolved. (See id. ¶¶ 8, 10, 11.)

Accordingly, the Court DENIES the parties' request to enter the Consent Decree in its current form, without prejudice to the parties' submitting a revised Consent Decree that

1  resolves the inconsistencies noted above.

2  **IT IS SO ORDERED.**

3  Dated: March 27, 2006

                                        MAXINE M. CHESNEY
                                        United States District Judge