MATTHEW P. GUICHARD, SBN 107450
WILLIAM L. PORTELLO, SBN 166845
CHRISTOPHER K. TENG, SBN 176431
**GUICHARD, TENG & PORTELLO, A.P.C.**
Sutter Square
1800 Sutter Street, Suite 730
Concord, California 94520
Telephone:   (925) 459-8440
Facsimile:    (925) 459-8445
Email: cteng@gtlaw.net

Attorneys for Defendants
EMIL VILLA'S CALIFORNIA BBQ, MIN SOO CHANG and
CHIN HUI CHANG dba EMIL VILLA'S CALIFORNIA BBQ
and Defendant/Counter-Claimant BRICKELL ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WHITE,<br><br>   Plaintiff,<br><br>vs.<br><br>EMIL VILLA'S CALIFORNIA BBQ, MIN SOO CHANG and CHIN HUI CHANG dba EMIL VILLA'S CALIFORNIA BBQ; HAHN GLOBAL INTERNATIONAL; BRICKELL ENTERPRISES, INC., and DOES 1-25, inclusive,<br><br>   Defendants. | Case No. C05-02753MMC<br><br>**STIPULATION OF DISMISSAL**<br><br>*Complaint filed: July 6, 2005* |

///
///
///
///
///
///
///

1

STIPULATION OF DISMISSAL                                                         Case No. C05-02753MMC

1  IT IS HEREBY STIPULATED by and between the parties to this action through their designated
2  counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP
3  41(a)(1).
4  DATED: May 19, 2006

_____
PAUL REIN
Attorney for Plaintiff STEVE WHITE

9  DATED: May 23, 2006

_____
MATTHEW P. GUICHARD
WILLIAM L. PORTELLO
CHRISTOPHER K. TENG
Attorneys for Defendants EMIL VILLA'S CALIFORNIA BBQ, MIN SOO CHANG and CHIN HUI CHANG dba EMIL VILLA'S CALIFORNIA BBQ and Defendant/Counter-Claimant BRICKELL ENTERPRISES, INC.

17 DATED: May __, 2006

_____
KIM R. MAYOR
Attorney for Defendant
HAHN GLOBAL INTERNATIONAL

23  Dated: June 1, 2006

IT IS SO ORDERED
Judge Maxine M. Chesney

STIPULATION OF DISMISSAL                                              Case No. C05-02753MMC

2